Marie MANHART et al.,
Plaintiffs-Appellees,

v.

CITY OF LOS ANGELES, DEPART-
MENT OF WATER AND POWER, a
body corporate and politic, et al., De-
fendants-Appellants.

Nos. 75–2729, 75–2807 and 75–2905.

United States Court of Appeals,
Ninth Circuit.

June 14, 1978.

David J. Oliphant, Deputy City Atty. (ar-
gued), Los Angeles, Cal., for defendants-ap-
pellants.

Robert M. Dohrmann (argued), of
Schwartz, Steinsapir & Dohrmann, Los An-
geles, Cal., for plaintiffs-appellees.

Before CHAMBERS, DUNIWAY and
KILKENNY, Circuit Judges.

ORDER

DUNIWAY, Circuit Judge.

The Supreme Court of the United States,
upon petition for a writ of certiorari, has
vacated the judgment of this court, 553
F.2d 581, and remanded the case to us for
further proceedings in conformity with the
opinion of the Supreme Court, *City of Los
Angeles, Department of Water and Power,
et al. v. Manhart et al.,* —— U.S. ——, 98
S.Ct. 1370, 55 L.Ed.2d 657 (1978). Pursuant
to the mandate of the Supreme Court, it is
ordered that that portion of the injunction
issued by the district court which awarded a
refund of all excess contributions by the
plaintiffs made on or after April 5, 1972, is
hereby reversed. In all other respects, the
injunction issued by the district court is
affirmed.

In the Matter of Gerald L. HUBBARD
and Vivian Hubbard, Bankrupt.

James E. ALEXANDER, Jewel B. Alex-
ander and Joel Mithers, Trustee in
Bankruptcy, Appellants,

v.

Gerald L. HUBBARD and Vivian
Hubbard, Defendants.

No. 75–3176.

United States Court of Appeals,
Ninth Circuit.

June 15, 1978.

Walter M. Modler, (argued), Encino, Cal., for appellants.

Earle Hagen, (argued), Beverly Hills, Cal., for defendants.

Before BARNES and HUFSTEDLER, Circuit Judges, and NIELSEN, District Judge.*

BARNES, Senior Circuit Judge:

We find no error and no abuse of discretion on the part of the District Judge, and adopt his opinion appearing in the Clerk's Transcript at pages 45 to 47.[1]

We *affirm* the dismissal.

## APPENDIX

In the Matter of GERALD L. HUBBARD and VIVIAN HUBBARD, Bankrupts.

JAMES E. ALEXANDER, JEWEL B. ALEXANDER and JOEL MITHERS, Trustee in Bankruptcy, Plaintiffs,

vs.

GERALD L. HUBBARD and VIVIAN HUBBARD, Defendants.

---

* The Honorable Leland C. Nielsen, United States District Judge for the Southern District of California, sitting by designation.

Nos. 74–2870–F, 74–2871–F.

United States District Court, C. D. California.

Aug. 1, 1975.

## MEMORANDUM OPINION

FERGUSON, District Judge.

The plaintiffs in this case appeal from a decision of the bankruptcy judge, dismissing their complaint as being untimely filed. The facts are as follows.

1. The bankruptcy judge, pursuant to 11 U.S.C. § 32(b)(1), established June 12, 1974, as the final deadline both for filing objections to the discharge of the bankrupt and for filing applications to determine the dischargeability of particular debts.

2. At the request of the trustee, the deadline for filing objections to the discharge of the bankrupt was thrice extended; first to August 12, 1974; then to November 12, 1974; and finally to February 12, 1975.

3. At no time was there an extension of the deadline for filing applications to determine the dischargeability of a particular debt.

4. On February 5, 1975, plaintiffs filed a complaint with the bankruptcy court, asking that the court modify its Rule 401 stay of proceedings against the bankrupt so that plaintiffs could file suit in state court, alleging fraud perpetrated by the bankrupt and one of his creditors. The complaint also asked that the court reserve the determination of the dischargeability of debts until the state court resolved the fraud issues. Nowhere in the complaint did plaintiffs file an objection to the discharge of the bankrupts.

5. On February 13, 1975, the bankruptcy court entered a discharge as to the bankrupts.

---

1. See Appendix.